FILED

OCT 2 3 2025

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____Deputy

SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar No. 14723
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE HOWELL,<br><br>Defendant. | Case No: 3:25-cr-36-ART-CLB<br><br>CRIMINAL INDICTMENT<br><br>VIOLATIONS<br><br>18 U.S.C. §§ 2252A(a)(2), (b)(1) – Distribution and Receipt of Child Pornography (Count 1);<br><br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography (Count 2). |

THE GRAND JURY CHARGES THAT:

COUNT ONE
Distribution and Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2), (b)(1))

Beginning on or about a date unknown to the Grand Jury, and continuing up to and including on or about February 27, 2025, in the State and Federal District of Nevada,

JESSE HOWELL,

defendant herein, knowingly distributed and received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that

had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

COUNT TWO
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

Beginning on a date unknown to the Grand Jury, and continuing up to and including on or about February 27, 2025, in the State and Federal District of Nevada,

JESSE HOWELL,

defendant herein, knowingly possessed, and accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material, namely a Samsung Galaxy S23 Ultra, model SM-S918U1, Android 14, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), including, but not limited to prepubescent minors and minors who had not attained twelve years of age, and that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by a means that included by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by a means that included by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

/ / /

/ / /

/ / /

/ / /

2

<u>FORFEITURE ALLEGATION</u>
Distribution and Receipt of Child Pornography and
Possession of Child Pornography

1.  The allegations contained in Counts One and Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2.  Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Indictment,

JESSE HOWELL,

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C § 2252A(a)(2) and 2252A(a)(5)(B); and

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B), or any property traceable to such property:

a.  One (1) Samsung Galaxy S23 Ultra Android 14 Cell Phone, Model No. SM-S918U1.

(all of which constitutes property).

/ / /

/ / /

/ / /

/ / /

/ / /

3

All under 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B), and 2253(a)(1) and 2253(a)(3).

**DATED:** this _23_ day of October, 2025.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Executive Assistant United States Attorney

Andolyn Johnson
Assistant United States Attorney

4